1  WINSTON & STRAWN LLP
   ROBERT A. JULIAN (SBN: 88469)
2  STEPHEN I. BERKMAN (SBN: 162226)
   MARK A. OLSON (SBN: 148613)
3  101 California Street, Suite 3900
   San Francisco, CA  94111-5894
4  Telephone:  415-591-1000
   Facsimile:  415-591-1400
5
   Attorneys For Plaintiff
6  CASCADE ENTERTAINMENT GROUP, LLC,
   a California limited liability company
7

8              **UNITED STATES DISTRICT COURT**

9             **EASTERN DISTRICT OF CALIFORNIA**

10

11 CASCADE ENTERTAINMENT GROUP,          Case No. 2:05-cv-01438-MCE JFM
   LLC, a California limited liability company,
12
                Plaintiff,
13
        vs.                              **ORDER RE: FILING OF DISPOSITIONAL**
14                                       **DOCUMENTS [LOCAL RULE 16-160(b)]**
   BUENA VISTA DEVELOPMENT
15 COMPANY, LLC, a New York limited liability
   company; RHONDA L. MORNINGSTAR        Related Documents
16 POPE, an individual; DONNAMARIE POTTS, Notice of Settlement; and Request for
   an individual; and DOES 1 through 200, Entry of Order
17 inclusive,

18             Defendants.

19         Plaintiff Cascade Entertainment Group, LLC having given notice of the settlement of

20 the above-captioned action, and having requested an extension of time to file dispositional

21 documents under Local Rule 16-160(b), and good cause appearing therefor,

22         IT IS HEREBY ORDERED:

23         1.      The parties to the above-captioned action shall file a stipulation for approval

24 of settlement no later than Monday, November 7, 2005.

25 ///

26 ///

27 ///

28 ///

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

1        2.        Dispositional documents shall be filed within ten days of Court approval of

2    the settlement.

3

4    Dated: October 24, 2005

5                                                    _____
                                                     MORRISON C. ENGLAND, JR
6                                                    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA  94111-5894**