WINSTON & STRAWN LLP
ROBERT A. JULIAN (SBN: 88469)
STEPHEN I. BERKMAN (SBN: 162226)
MARK A. OLSON (SBN: 148613)
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400

Attorneys For Plaintiff
CASCADE ENTERTAINMENT GROUP, LLC,
a California limited liability company

[Additional counsel are listed on the signature page.]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASCADE ENTERTAINMENT GROUP, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BUENA VISTA DEVELOPMENT COMPANY, LLC, a New York limited liability company; RHONDA L. MORNINGSTAR POPE, an individual; DONNAMARIE POTTS, an individual; and DOES 1 through 200, inclusive,<br><br>Defendants. | Case No. 2:05-cv-01438-MCE JFM<br><br>**ORDER RE SETTLEMENT**<br><br>Related Documents<br>Stipulation |

Plaintiff Cascade Entertainment Group, LLC and defendants Buena Vista Rancheria of the Me-Wuk Indians, the Buena Vista Economic Development Authority, the Tribal Council of the Buena Vista Rancheria of the Me-Wuk Indians, and third parties Thomas J. Wilmot, Sr., Buena Vista Development Company, LLC, Rhonda Pope and Donnamarie Potts, having so stipulated, and capitalized terms not defined herein being defined in the their stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT

1. The Settlement is and shall be enforceable by, and enforceable against, the Parties.

2. The Court will retain jurisdiction over all of the parties to enforce all of the terms of the Settlement.

3. The Settlement is fair and reasonable and is hereby approved.

Dated: November 9, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**Winston & Strawn LLP**
101 California Street
San Francisco, CA  94111-5894

1